**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SALWA LAMONT,

    Plaintiff,

vs.              Case No.: 8:15-cv-373-T-35TGW

KODY GREEN, LISA J. LANDERS, and
WINTER HAVEN HOUSING AUTHORITY,

    Defendants.
_____/

## **PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

  Plaintiff, SALWA LAMONT, files her response to the Court's Show Cause Order (Doc. No. 11) as follows:

  1. Ms. Lamont, in an effort to avoid unnecessary litigation expenses, has been in active settlement communications with the Defendants since they were served in April.

  2. As a result of these communications, Ms. Lamont and her counsel are aware that Defendants intend to defend the Case should settlement discussions fail, and therefore have not applied to the Clerk for the entry of a default against Defendants.

  3. Unfortunately, the settlement discussion has not yielded a full resolution to the issues between the Parties, and counsel for Plaintiff has informed counsel for the Defendants that an answer is expected within fifteen (15) days of the date of this Response, or that Ms. Lamont will apply for the entry of a default against Defendants.

4. Plaintiff does wish to continue the prosecution of this particular case, and anticipates that the requirements meant to move cases along in a timely fashion will be met going forward.

5. The Case is not overly complex, discovery should not be burdensome on either Party, Plaintiff will consent to the Case being tried before the Magistrate, and counsel submits that the case will be disposed of within the time frames set out under Local Rule 3.05 for this Track Two case.

6. Counsel anticipates that a Case Management Report will be filed within twenty-one (21) days from the date that Defendants answer the Complaint, and that the Case will proceed timely from that point.

WHEREFORE, Plaintiff respectfully requests that she be able to continue to prosecute this case in a timely manner, and that the Court grant any further relief that is deemed just, necessary, and equitable.

Respectfully Submitted,

  /s/ James R. Carr  
James R. Carr, Esq.
Florida Bar No.: 15063
3104 W. Waters Ave.
Suite 200
Tampa, FL 33614
813.419.3931
jrcesq0501@gmail.com
**Trial Counsel for Plaintiff**